IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40643
Summary Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

v.

ISSIAC BRATCHETT,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(1:95-CR-142)
_____
January 9, 1997
Before KING, GARWOOD, and DENNIS, Circuit Judges.

PER CURIAM:[*]

      Issiac Bratchett argues that the district court erred in
refusing to decrease his offense level for the acceptance of
responsibility.

      We have reviewed the record, the presentence report, and the
briefs, and find that the district court did not err in refusing
to make a downward adjustment for the acceptance of

_____

      [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

responsibility.  In denying the adjustment, the district court did not rely solely on the fact that Bratchett refused to discuss his relevant conduct that was not the basis for the offense of conviction.  The district court also relied on Bratchett's acknowledgment that he pleaded guilty in order to receive a more lenient sentence and Bratchett's lack of expression of contrition or remorse.  <u>See</u> <u>United States v. Nevarez-Arreola</u>, 885 F.2d 243, 245 (5th Cir. 1989).  The district court's determination was not without foundation and was not erroneous.

AFFIRMED.